**Anne D. Foster, OSB No. 993152**
E-Mail: afoster@dunncarney.com
**Samuel T. Smith, OSB No. 084772**
E-Mail: ssmith@dunncarney.com
851 S.W. Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324

**Jimmy W. Go, OSB No. 812400**
E-Mail: jimmygo@lawpdx.com
Jimmy W. Go, PC
851 S.W. Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-8654
Facsimile: (503) 224-7324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SUCHART ("MAHA") TREEMETH** and **NUALJIRA ("NUAN") TREEMETH**,<br><br>Plaintiffs,<br><br>v.<br><br>***TYPHOON!*, INC.**, an Oregon corporation; ***TYPHOON!*, ON BROADWAY, LLC**, an Oregon limited liability company; ***TYPHOON!* BEAVERTON, LLC**, an Oregon limited liability company; **BONGOJ ("BO") LOHASAWAT KLINE**, individually and as Personal Representative for the Estate of Stephen Edward Kline (deceased),<br><br>Defendants. | No. 3:12-CV-00882-HA<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DISMISSAL BY 60 DAYS** |

///

///

Page 1   UNOPPOSED MOTION TO EXTEND TIME FOR DISMISSAL BY 60 DAYS

The parties have continued to negotiate settlement of this matter but require additional time to complete all portions of the settlement.  Plaintiffs therefore request an extension of time up to 60 days to file the appropriate paperwork in this matter due to the unavailability of Thai interpreters and waiting periods required by certain employment laws.  Defendants do not oppose this request.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*/s/ Anne D. Foster*

**Anne D. Foster, OSB No. 993152**
Email: afoster@dunncarney.com
**Samuel T. Smith, OSB No. 084772**
Email: ssmith@dunncarney.com
Telephone: (503) 224-6440
Attorney for Plaintiffs