Clarence M. Belnavis, OSB #962463
Email Address: cbelnavis@laborlawyers.com
Erin O. Sweeney, OSB #106632
Email Address: esweeney@laborlawyers.com
Fisher & Phillips LLP
111 SW 5th Avenue, Suite 4040
Portland, Oregon 97204
Phone: (503) 242-4262
Facsimile: (503) 242-4263

Attorneys for Defendants

# UNITED STATE DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| SUCHART ("MAHA") TREEMETH and NUALJIRA ("NUAN") TREEMETH,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TYPHOON!, INC., an Oregon corporation; TYPHOON! ON BROADWAY, L.L.C., an Oregon limited liability company; TYPHOON! BEAVERTON, L.L.C., an Oregon limited liability company; BONGOJ ("BO") LOHASAWAT KLINE, individually; and BONGOJ ("BO") LOHASAWAT KLINE, as Personal Representative for the Estate of Stephen Edward Kline (deceased),<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:12-cv-00882-AC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate that this matter has now been RESOLVED and Plaintiffs SUCHART ("MAHA") TREEMETH and NUALJIRA ("NUAN")

Page 1    STIPULATED DISMISSAL WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

Portland 119157.1

TREEMETH, release all Defendants of any and all claims arising out of the incidents described in Plaintiffs' Complaint. The parties stipulate to the dismissal of this case with prejudice and without attorneys fees or costs awarded to either party.

Dated: May 9, 2014

IT IS SO STIPULATED:

JIMMY W. GO, PC

_____
Jimmy W. Go, OSB #812400
Telephone (503) 224-8654
Attorney for Plaintiffs

FISHER & PHILLIPS LLP

_____
Clarence M. Belnavis, OSB ##962463
Erin O. Sweeney, OSB #106632
Attorneys for Defendants

DUNN CARNEY ALLEN HIGGINS
& TONGUE LLP

_____
Anne D. Foster, OSB #993152
Telephone (503) 224-6440
Attorney for Plaintiffs

    IT IS HEREBY ORDERED that this action be dismissed with prejudice and without costs or fees to either party.

Dated:_____

_____
The Honorable Ancer L. Haggerty
UNITED STATES DISTRICT COURT JUDGE

Page 2   STIPULATED DISMISSAL WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

Portland 119157.1